## No. 792.

### BLACHIN & GIRAUD VS. S. WHITED & CO.

Where the allegation is that moneys were advanced and supplies furnished to four plantations, and a privilege upon the crops, stock, etc., upon all of them is claimed, which were accordingly sequestered, and a lessor of one of the plantations prefers his claim for rent thereof, it is incumbent upon the plaintiff to shew what portion of his moneyed demand applied to such plantation, as against the lessor or other parties who prefer counter claims with privilege upon each respectively.

APPEAL from the District Court for Ouachita. BAKER, J.

*Cobb & Gunby* for Plaintiffs Appellants. *R. Ray* for Defendant.

DE BLANC, J., delivered the opinion affirming the judgment.

---

## No. 828.

### CHARLES N. BRUCE VS. W. G. BRUCE ET ALS.

A partition of a succession cannot be judicially made unless the heirs or their representatives are parties thereto.

In a suit for partition of a tract of land, which is a part only of the property of the succession, collation from mere purchasers of specific interests in the land cannot be claimed. The fact that these purchasers are also heirs of the succession does not alter the case. The claim for collation has place only where a succession is to be partitioned.

APPEAL from the Parish Court of Catahoula. MARSHALL, J.

*Boatner & Glawe* for Plaintiff Appellant. *Farmer* for Defendant.

MANNING, C. J., delivered the opinion remanding the case.